IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PEARL REAGOR, | |
| Plaintiff, | |
| vs. | No. CIV-11-085-JHP |
| OKMULGEE COUNTY FAMILY RESOURCE CENTER, INC., a domestic not-for-profit corporation, | |
| Defendant. | |

## JUDGMENT

Pursuant to the Defendant's Motion to Dismiss which was granted the 6th day of September, 2011, the Court enters judgment for the Defendant, Okmulgee County Family Resource Center, Inc., and against the plaintiff, Pearl Reagor.

**IT IS SO ORDERED** this 6th day of September, 2011.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma